UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Misc. Civil No. 3:19mc36(RMS) |
| : | |
| CONTENTS IN AN ACCOUNT : | |
| NUMBER XXXXXXX8290 AT UNITED : | |
| BANK HELD IN THE NAME OF : | |
| ABRAHAM COLE, : | |
| : | |
| CONTENTS IN AN ACCOUNT : | |
| NUMBER XXXXXXX8738 AT UNITED : | |
| BANK HELD IN THE NAME OF : | |
| SALNET LOGISTICS INC., : | |
| : | |
| CONTENTS IN AN ACCOUNT : | |
| NUMBER XXXXXXX8754 AT UNITED : | |
| BANK HELD IN THE NAME OF : | |
| SALNET LOGISTICS INC., : | |
| : | |
| CONTENTS IN AN ACCOUNT : | |
| NUMBER XXXXXXX7319 AT UNITED : | |
| BANK HELD IN THE NAME OF : | |
| DIGICAST GROUP, : | |
| : | |
| CONTENTS IN AN ACCOUNT : | |
| NUMBER XXXXXXX7327 AT UNITED : | |
| BANK HELD IN THE NAME OF : | |
| DIGICAST GROUP, : | |
| : | |
| CONTENTS IN AN ACCOUNT : | |
| NUMBER XXXXXXX7416 AT UNITED : | |
| BANK HELD IN THE NAME OF : | |
| GERALD NUSSER, : | |
| : | |
| Defendants. : | |

FILED

2019 MAR 22  A 9:31

U.S. DISTRICT COURT
NEW HAVEN, CT.

AFFIDAVIT AND APPLICATION FOR
<u>SEIZURE WARRANTS</u>

1

I, Peter W. Amendola, being duly sworn, do herby depose and state:

1. I am a Special Agent with the United States Secret Service ("USSS") and have been so employed since October of 2018. Previously, I served in the Uniform Division of the Secret Service for approximately three years.

2. This affidavit sets forth facts and evidence that are relevant to the requested seizure warrants, but does not set forth all of the facts and evidence that I have gathered during the course of the investigation of this matter. I am participating in the investigation described herein. I am familiar with the facts and circumstances detailed in this affidavit.

3. This affidavit is being submitted in support of an application for a seizure warrants for: Contents in Account Number XXXXXXX8290 at United Bank held in the name of Abraham Cole; Contents in Account Number XXXXXXX8738 at United Bank held in the name of Salnet Logistics INC.; Contents in Account Number XXXXXXX8754 at United Bank held in the name of Salnet Logistics INC.; Contents in Account Number XXXXXXX7319 at United Bank held in the name of Digicast Group; Contents in Account Number XXXXXXX7327 at United Bank held in the name of Digicast Group; and Contents in Account Number XXXXXXX7416 at United Bank held in the name of Gerald Nusser.

4. The seizure of the above captioned accounts are requested because the contents of the defendant accounts so described were obtained by devising or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice in violation of 18 U.S.C. Section 1343 and are therefore, subject to forfeiture pursuant to 18 U.S.C. Section 981(a)(1)(C).

## Overview

5. The Secret Service is investigating a case involving fraudulent wire transfers. The suspect devised a scheme to defraud various victims for monetary gain. The suspect opened up various bank accounts using two false or misappropriated identities, Gerald Nusser and Abraham Cole. The suspect developed on-line romantic relationships with victims in the United States, Canada, Europe, and Asia. Money was wired from victims' bank accounts to the suspect's bank accounts under false pretenses. The monies received were intended to be transferred to other accounts and masked as vehicle payments and freight charges.

6. Six separate bank accounts have been identified at United Bank, 151 Asylum Street, Hartford, CT, as the intermediate accounts to a much larger money laundering scheme. The six bank accounts are opened by Gerald Nusser or Abraham Cole individually or in the name of Salnet Logistics, INC. or Digicast Group were used in furtherance of the scheme to defraud.

## The Investigation

7. On January 18, 2019, Terry Hurst, who resides in Witchita Falls, TX, contacted United Bank, headquartered in Hartford, CT to report that he had been a victim of a fraud after wiring $500.00 into United Bank Account ending 8290 held in the name of Abraham Cole on January 10, 2019. United Bank referred this matter to the Internal Revenue Service, who in turn, referred it to the United States Secret Service ("The Service").

8. On January 29, 2019, The Service conducted a telephone interview of Terry Hurst, who stated that approximately two years ago he had become romantically involved with an individual named Belinda Anita Fosuaa. Hurst explained that during his two year relationship with Fosuaa, he had sent her a number of wire transfers, totaling $4,800. Fosuaa had told Hurst that the money was needed to ensure that she receives her inheritance from her father in Ghana.

9. In January 2019, Hurst had received a telephone call from an individual named Commander Kofi Boakye, who claimed to be a Deputy Marshal in Ghana. Boakye told Hurst that he was investigating his girlfriend, Fosuaa. Boakye further told Hurst that Fosuaa was in trouble and that he needed Hurst to wire him $500.00 to assist his girlfriend in this investigation. On January 10, 2019, Hurst wired $500.00 to United Bank Number ending 8290, held in the name of Abraham Cole.

10. Subsequently, believing that he had been the victim of a fraud, on January 18, 2019, Hurst contacted the main number for United Bank, headquartered in Hartford, CT.

11. On January 28, 2019, The Service spoke with Shelby Ryan, CDD Manager, at United Bank regarding the United Bank Account Number ending 8290, held in the name of Abraham Cole. Ryan informed The Service of three separate accounts held by Abraham Cole at United Bank. United Bank Account Number ending 8290 is a personal checking account. Additionally, information was provided to The Service concerning two United Bank business value checking account numbers ending 8738 and 8754, both held in the name of Salnet Logistics INC. Abraham Cole is listed as the President and sole signatory for Salnet Logistics INC.

12. Ryan provided The Service with bank records for United Bank Account Numbers ending 8290, 8738, and 8754. Transactional history of United Bank Account Numbers ending 8290 and 8738 revealed daily activity, consisting almost entirely of wire credits from various individuals across the United States, Canada, Europe, and Asia. Debits consisted of occasional cash withdrawals, and checks made out to various individuals and transport companies, with debits initiated within 24 hours of wire credit deposits.

13. United Bank Account Number ending 8754, held in the Salnet Logistics INC, is currently inactive.

14. Continuing on or about January 28, 2019, Ryan provided the Service with United Bank surveillance photos dated October 2, 2018, of an individual believed to be Abraham Cole. The surveillance photos are consistent with the date Cole opened United Bank Account Numbers ending 8290, 8738, and 8754. The surveillance photos show what appears to be a black male, claiming to be Abraham Cole, meeting with an unidentified United Bank employee at a United Bank Branch, 151 Asylum Street, Hartford, CT 06103. Other additional photos, dated October 2, 2018, show what appears to be the same black male entering the same United Bank branch in Hartford, CT.

15. Continuing on or about January 28, 2019, The Service conducted database searches, through NCIC, NLETS, and the Social Security Administration on Abraham Cole. An NCIC and NLETS search revealed that the driver's license number provided by Cole to open United Bank Account Numbers ending 8290, 8738, and 8754 was invalid. A Social Security Administration check on the Social Security Number provided by Cole to open the bank accounts revealed the Social Security Number was also invalid.

16. On February 1, 2019, The Service conducted a telephone interview of Dianna McCall, who resides in Murphy, TX. She agreed to speak with law enforcement concerning her wire transfers to United Bank Account Numbers ending 8290 and 8738. She told law enforcement that approximately six months ago she had become romantically involved with an individual named Steve Joe Johnson ("Steve Johnson"). She said that she had met him on the online dating website Match.com. McCall explained that during her six month relationship with

Johnson, she had sent him a number of wire transfers, totaling $10,850.00. Johnson had told McCall that the money was needed to pay for his medical expenses in Seattle, Washington.

17. McCall provided The Service with information concerning four separate wire transfers that she sent to United Bank Account Numbers ending 8290 and 8738. Specifically, McCall stated that on October 15, 2018, she wired $3,000.00 to United Bank Account Number ending 8738, held in the name of Salnet Logistics INC. McCall said that on October 16, 2018, she wired an additional $2,000.00 to United Bank Account Number ending 8738, held in the name of Salnet Logistics INC. McCall said two additional wire transfers were sent to United Bank Account Number ending 8290, held in the name of Abraham Cole. One of the wire transfers was sent on December 10, 2018, in the value of $2,000.00. Another wire transfer was sent on December 18, 2018, in the amount of $3,850.00.[1]

18. McCall also provided The Service with information concerning an additional United Bank Account Number ending 7319, held in the name Digicast Group. She stated that on December 28, 2018, she had wired $3,800 into that account on behalf of her boyfriend Steve Johnson.

19. On February 1, 2019, The Service spoke again with Shelby Ryan at United Bank regarding United Bank Account Number ending 7319 held in the name of Digicast Group, and showing Gerald Nusser as the sole signatory on that account. The Service also learned that Gerald Nusser is the sole signatory on two additional accounts at United Bank, account ending 7416, held in the name of Gerald Nusser, and United Bank Number ending 7327, held in the name Digicast Group (this account is currently inactive).

---

[1] After speaking with McCall, The Service learned that a fifth wire transfer from McCall in the amount of $4,000 was sent to United Bank Account Number ending7416 held in the name of Gerald Nusser on January 11, 2019.

20. A review of transaction history of United Bank Numbers ending 7319 and 7416 revealed daily activity, consisting almost entirely of wire credits from various individuals across the United States, Canada, Europe, and Asia. Debits consisted of occasional cash withdrawals, and checks to various individuals and transport companies, with debits usually initiated within 24 hours of wire credit deposits.

21. On February 6, 2019, database searches were conducted through NCIC, NLETS, and the Social Security Administration for Gerald Nusser. NCIC and NLETS searches revealed that the Maryland driver's license number provided by Nusser to open United Bank Account Numbers ending 7319, 7327, and 7416 was invalid.

22. To further investigate Nusser's invalid Maryland driver's license, The Service spoke with the Maryland State Police, Criminal Investigation Bureau who ran a check of the individual representing himself to be Gerald Nusser at United Bank in West Hartford, CT, and for another individual named Gerald Nusser residing in Boonsboro, MD.

23. The Maryland State Police checked the Maryland Driver's License of both individuals known as Gerald Nusser through the Maryland DMV. It was determined that the Driver's license number used by Gerald Nusser of Boonesboro, MD is valid. Whereas, the Driver License number used by the other individual known as Gerald Nusser of Middletown, CT is invalid.

24. While a Social Security Administration check of the Social Security Number provided by Nusser to United Bank at the West Hartford branch proved to be valid, an NCIC search of that Social Security Number revealed that it was actually assigned to "the real" Gerald Nusser living in Maryland. It appears the individual representing himself to be Gerald Nusser

when opening up United Bank Accounts Numbers ending, 7319, 7327, and 7416 was misappropriating the identity of Gerald Nusser from Maryland.

25. As part of this investigation, The Service spoke with Gerald Nusser, from Boonsboro, MD regarding his identity possibly being stolen. Nusser stated that he had no knowledge of, nor had he recently opened up, any new bank accounts. He stated that his recent credit report did not show any incidents of fraud. Nusser did not feel comfortable releasing any additional personal information to The Service over the phone.

26. On February 8, 2019, Shelby Ryan, at United Bank told The Service that a $40,000.00 wire transfer was deposited into United Bank Account Number ending 8738, held in the name of Salnet Logistics, on February 6, 2019. An additional $90,000.00 wire transfer was deposited into United Bank Number 7319, held in the name of Digicast Group, on February 7, 2019.

27. Subsequently, United Bank determined the various wire transactions to be suspicious and froze the contents of United Bank Accounts Numbers ending 8290, 8738, 8754, 7319, 7327, and 7416.

28. On February 11, 2019, The Service interviewed Ann Johnson, from Lakewood, Colorado regarding her wire transfers that she made to United Bank Account Number ending 7319, held in the name Digicast Group on behalf of an individual named Smith Webb. She had met Webb on-line. He told her that he was a United States serviceman stationed in Syria. Webb instructed her to transfer the funds to United Bank Account Number ending 7319. She believed that she was sending money to Webb to aid him in his return to the United States. Johnson stated she has sent four wire transfers to United Bank Account Number ending 7319, held in the name Digicast Group, totaling $34,000.00. Ann Johnson told The Service that she had never heard of

Gerald Nusser and was unaware that he was the sole signatory on United Bank Digicast Account ending 7319.

29. During this investigation, while claiming to be United Bank Fraud Investigator Michael Giovanni (a fictitious United Bank employee), The Service conducted separate telephonic interviews of both Abraham Cole and the individual holding himself out as Gerald Nusser. Both Cole and Nusser consented to be interviewed. Conversations consisted of information relating to the status of Cole and Nussers' frozen bank accounts. The Service initiated both telephonic interviews, which were an hour apart on February 11, 2019. The interviews were initiated using the identical phone number that Cole and Nusser had previously provided United Bank to open the various bank accounts. After conducting both interviews, using the same telephone number, and comparing the voices of Cole and Nusser, The Service determined that one individual was posing as both Abraham Cole and Gerald Nusser in this scheme to defraud.

## Conclusion

30. Based on my training and experience, I believe that: Contents in Account Number XXXXXXX8290 at United Bank held in the name of Abraham Cole; Contents in Account Number XXXXXXX8738 at United Bank held in the name of Salnet Logistics INC.; Contents in Account Number XXXXXXX8754 at United Bank held in the name of Salnet Logistics INC.; Contents in Account Number XXXXXXX7319 at United Bank held in the name of Digicast Group; Contents in Account Number XXXXXXX7327 at United Bank held in the name of Digicast Group; and Contents in Account Number XXXXXXX7416 at United Bank held in the name of Gerald Nusser were obtained by devising or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses,

representations, or promises, transmits or causes to be transmitted by means of wire, radio or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice in violation of 18 U.S.C. Section 1343 and are therefore, subject to forfeiture pursuant to 18 U.S.C. Section 981(a)(1)(C). I request that the Court issue seizure warrants for the defendant accounts pursuant to 18 U.S.C. Section 981(b).

PETER W. AMENDOLA
SPECIAL AGENT
UNITED STATES SECRET SERVICE

Subscribed and sworn to before me this 22nd day of March, 2019, at New Haven, Connecticut.

/s/ Robert M. Spector
ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE